| AO 10<br>Rev. 1/2021 | **FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2020** | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |

| **1. Person Reporting** (last name, first, middle initial)<br><br>Wiedemann, Erin L. | **2. Court or Organization**<br><br>U.S. District Court - Western District of Arkansas | **3. Date of Report**<br><br>04/20/2021 |
|---|---|---|
| **4. Title** (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Magistrate Judge (FT) | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2020<br>**to**<br>12/31/2020 |
| **7. Chambers or Office Address**<br><br>U.S. District Court<br>35 East Mountain<br>Fayetteville, AR 72701 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Co-Trustee | Trust #1 (reportable assets are listed in Part VII) |
| 2. Co-Trustee | Trust #2 (reportable assets are listed in Part VII) |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wiedemann, Erin L. | 04/20/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | B&G Foods (salary) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wiedemann, Erin L. | 04/20/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wiedemann, Erin L.** | 04/20/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Individual Assets (H) | | | | | | | | | |
| 2. Arvest Bank (cash) | A | Interest | K | T | | | | | |
| 3. Rental Property #1 Fayetteville, AR | E | Rent | M | W | | | | | |
| 4. Rental Property #2 Fayetteville, AR | E | Rent | N | W | | | | | |
| 5. Account #1 (H) | | | | | | | | | |
| 6. LPL Financial Cash Sweep (cash) | A | Interest | K | T | | | | | |
| 7. Exxon Mobil Corp (XOM) | A | Dividend | J | T | | | | | |
| 8. Alps Alerian MLP ETF (AMLP) | A | Dividend | J | T | | | | | |
| 9. Fidelity MSCI Energy Index ETF (FENY) | A | Dividend | J | T | | | | | |
| 10. Invesco QQQ ETF (QQQ) | A | Dividend | K | T | Buy<br>(add'l) | 02/28/20 | J | | |
| 11. IShares MSCI Emerging Markets ETF (EEM) | A | Dividend | K | T | | | | | |
| 12. IShares Russell 2000 ETF (IWM) | | None | K | T | Buy<br>(add'l) | 12/23/20 | J | | |
| 13. JPMorgan Liquid Asset Money Market Premier Cl (PJLXX) (cash equiv) | A | Dividend | | | Sold | 03/06/20 | K | | |
| 14. Select Sector Communication Services SPDR ETF (XLC) | | None | | | Sold | 03/03/20 | J | A | |
| 15. | | | | | Buy | 04/13/20 | J | | |
| 16. | | | | | Sold | 06/19/20 | J | B | |
| 17. Sector Healthcare Select Sector SPDR ETF (XLV) | A | Dividend | J | T | Buy | 05/04/20 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wiedemann, Erin L.** | 04/20/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Sector Technology Select Sector SPDR (XLK) | A | Dividend | | | Buy (add'l) | 03/09/20 | J | | |
| 19. | | | | | Sold | 07/14/20 | J | C | |
| 20. Select Sector Tr Real Estate SPDR (XLRE) | A | Dividend | | | Sold | 04/08/20 | J | | |
| 21. Select Utilities Select Sector SPDR ETF (XLU) | A | Dividend | | | Sold | 04/06/20 | J | | |
| 22. Sector Materials Select Sector SPDR (XLB) | A | Dividend | J | T | Buy | 11/20/20 | J | | |
| 23. SPDR S&P 500 (SPY) | A | Dividend | K | T | Buy | 02/24/20 | J | | |
| 24. | | | | | Buy (add'l) | 03/06/20 | J | | |
| 25. Vanguard Growth ETF (VUG) | A | Dividend | K | T | Buy (add'l) | 03/11/20 | J | | |
| 26. | | | | | Sold (part) | 04/17/20 | J | C | |
| 27. | | | | | Buy (add'l) | 09/21/20 | J | | |
| 28. | | | | | Buy (add'l) | 10/26/20 | J | | |
| 29. Vanguard Mid Cap Growth ETF (VOT) | A | Dividend | K | T | Buy | 09/02/20 | J | | |
| 30. | | | | | Buy (add'l) | 11/04/20 | J | | |
| 31. Vanguard Value ETF (VTV) | A | Dividend | | | Buy | 01/27/20 | J | | |
| 32. | | | | | Sold (part) | 09/02/20 | J | A | |
| 33. | | | | | Sold | 10/01/20 | K | | |
| 34. SPDR Dow Jones Industrial Average ETF (DIA) | A | Dividend | | | Sold | 01/08/20 | K | C | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wiedemann, Erin L.** | 04/20/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | Account #2 (H) | | | | | | | | | |
| 36. | (XFS Energy & Power Fund (30264D109) | | None | J | T | | | | | |
| 37. | Account #3 (H) | | | | | | | | | |
| 38. | LPL Financial Cash Sweep (cash) | A | Interest | M | T | Open | 10/14/20 | M | | |
| 39. | Apple Inc (AAPL) | A | Dividend | J | T | Buy | 10/30/20 | J | | |
| 40. | AB Income Advisor Cl (ACGYX) | A | Dividend | | | Buy<br>(add'l) | 10/22/20 | J | | |
| 41. | | | | | | Sold | 12/22/20 | K | A | |
| 42. | Alps Alerian MLP ETF New (AMLP) | A | Dividend | J | T | | | | | |
| 43. | Fidelity MSCI Energy Index ETF (FENY) | A | Dividend | J | T | | | | | |
| 44. | Invesco QQQ ETF (QQQ) | A | Dividend | K | T | Buy<br>(add'l) | 10/26/20 | K | | |
| 45. | IShares MSCI Emerging Markets ETF (EEM) | A | Dividend | K | T | | | | | |
| 46. | IShares Russell 2000 ETF (IWM) | | None | K | T | Buy | 12/23/20 | K | | |
| 47. | John Hancock Investment Grade Bond Cl I (TIUSX) | A | Dividend | K | T | Buy<br>(add'l) | 10/22/20 | J | | |
| 48. | Lord Abbett Short Duration Income Cl F (LDLFX) | | None | K | T | Buy | 12/22/20 | K | | |
| 49. | PGIM Total Return Bond Cl Z (PDBZX) | A | Dividend | K | T | Buy<br>(add'l) | 10/22/20 | J | | |
| 50. | Sector Healthcare Select Sector SPDR ETF (XLV) | A | Dividend | J | T | | | | | |
| 51. | Sector Materials Select Sector SPDR (XLB) | A | Dividend | K | T | Buy | 11/20/20 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wiedemann, Erin L.** | 04/20/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.  SPDR S&P 500 ETF (SPY) | None | | K | T | | | | | |
| 53.  Vanguard Growth ETF (VUG) | A | Dividend | K | T | | | | | |
| 54.  Vanguard Mid Cap Growth ETF (VOT) | A | Dividend | K | T | Buy<br>(add'l) | 11/04/20 | K | | |
| 55.  Account #4 (H) | | | | | | | | | |
| 56.  Arcbest Corp (ARCB) | A | Dividend | K | T | | | | | |
| 57.  Account #5 (H) | | | | | | | | | |
| 58.  LPL Financial Insured Cash Deposit<br>Account (cash) | A | Dividend | L | T | | | | | |
| 59.  First Trust Low Duration Opportunities<br>(LMBS) | A | Dividend | J | T | Buy | 12/23/20 | J | | |
| 60.  AB Income Advisor Cl (ACGYX) | A | Dividend | | | Buy | 01/24/20 | K | | |
| 61. | | | | | Sold | 12/22/20 | K | A | |
| 62.  Columbia Strategic Income Instl Cl (LSIZX) | A | Dividend | | | Sold<br>(part) | 01/24/20 | J | A | |
| 63. | | | | | Sold | 03/11/20 | J | A | |
| 64.  Invesco QQQ ETF (QQQ) | A | Dividend | J | T | Buy<br>(add'l) | 02/28/20 | J | | |
| 65. | | | | | Buy<br>(add'l) | 10/26/20 | J | | |
| 66.  IShares Russell 2000 (IWM) | None | | J | T | Buy | 12/23/20 | J | | |
| 67.  IShares MSCI Emerging Markets ETF<br>(EEM) | A | Dividend | K | T | | | | | |
| 68.  JPMorgan Liquid Assets Money Market<br>(PJLXX) (cash equiv) | A | Dividend | | | Sold | 02/28/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wiedemann, Erin L.** | 04/20/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | John Hancock Investment Grade Bond Cl I (TIUSX) | A | Dividend | K | T | Buy | 08/05/20 | J | | |
| 70. | | | | | | Buy (add'l) | 12/22/20 | J | | |
| 71. | Lord Abbett Short Duration Income LCl F (LDLFX) | A | Dividend | J | T | | | | | |
| 72. | Permanent Portfolio Cl I (PRPFX) | A | Dividend | K | T | | | | | |
| 73. | PGIM Total Return Bond Cl Z (PDBZX) | A | Dividend | K | T | Sold (part) | 01/24/20 | J | | |
| 74. | Putnam Diversified Income Cl Y (PDVYX) | A | Dividend | | | Sold (part) | 01/24/20 | J | | |
| 75. | | | | | | Sold | 12/22/20 | J | | |
| 76. | Select Sector Comm Services SPDR ETF (XLC) | | None | | | Sold | 02/26/20 | J | A | |
| 77. | | | | | | Buy | 04/13/20 | J | | |
| 78. | | | | | | Sold | 06/19/20 | J | B | |
| 79. | Sector Healhtcare Select Sector SPDR ETF (XLV) | A | Dividend | J | T | Buy | 05/04/20 | J | | |
| 80. | Sector Materials Select Sector SPDR (XLB) | A | Dividend | J | T | Buy | 11/20/20 | J | | |
| 81. | Sector Technology Select Sector SPDR (XLK) | A | Dividend | | | Buy | 03/09/20 | J | | |
| 82. | | | | | | Sold | 07/14/20 | J | B | |
| 83. | Select Sector Tr Real Estate SPDR (XLRE) | A | Dividend | | | Sold | 04/08/20 | J | | |
| 84. | Select Utilities Select Sector SPDR (XLU) | A | Dividend | | | Sold | 04/06/20 | J | | |
| 85. | SPDR S&P 500 ETF (SPY) | A | Dividend | K | T | Buy (add'l) | 03/06/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wiedemann, Erin L. | 04/20/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Vanguard Growth ETF (VUG) | A | Dividend | K | T | Buy (add'l) | 02/24/20 | J | | |
| 87. | | | | | Buy (add'l) | 03/11/20 | J | | |
| 88. | | | | | Sold (part) | 04/17/20 | J | B | |
| 89. | | | | | Buy (add'l) | 09/21/20 | J | | |
| 90. Vanguard Mid Cap Growth ETF (VOT) | A | Dividend | K | T | Buy | 09/03/20 | J | | |
| 91. | | | | | Buy (add'l) | 11/04/20 | J | | |
| 92. Vanguard Value ETF (VTV) | A | Dividend | | | Buy (add'l) | 01/29/20 | J | | |
| 93. | | | | | Sold (part) | 09/03/20 | J | A | |
| 94. | | | | | Sold | 10/01/20 | K | | |
| 95. Watermark Lodging Trust Inc Cl (94184W209) | | None | J | T | | | | | |
| 96. SPDR Dow Jones Industrial Average (DIA) | A | Dividend | | | Sold | 01/08/20 | K | C | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ Erin L. Wiedemann

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544